U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number: 14-cv-07440
McNair, individually and on behalf of all others similarly situated
    Plaintiffs
        v.
Templeton Rye Spirits LLC
    Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) Ari J. Scharg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ari J. Scharg | |
| FIRM Edelson PC | |
| STREET ADDRESS 350 North LaSalle Street, Suite 1300 | |
| CITY/STATE/ZIP Chicago, Illinois 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6297536 | TELEPHONE NUMBER 312-589-6370 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |