IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MCNAIR, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 14-cv-7440<br>) |
| vs. | ) The Honorable Joan B. Gottschall<br>) |
| TEMPLETON RYE SPIRITS, LLC, an Iowa limited liability company, | )<br>)<br>) |
| Defendant. | )<br>) |

## Joint Motion to Stay the Pleadings

Plaintiff Christopher McNair and Defendant Templeton Rye Spirits, LLC, jointly move to stay the pleadings and all deadlines in this matter, and state as follows:

1. The parties have agreed to participate in a mediation to attempt to resolve this matter and a parallel putative class action currently pending in the Circuit Court of Cook County, Illinois.

2. The parties' mediation is set for December 2, 2014.

3. Accordingly, the parties seek an order staying the pleadings and all deadlines in this matter pending the outcome of the mediation.

4. The parties will file a mediation report with the Court on or before December 19, 2014.

5. This motion is made in the interest of justice and not for the purpose of delay.

WHEREFORE, Plaintiff Christopher McNair and Defendant, Templeton Rye Spirits, LLC, respectfully request entry of an order staying the pleadings and all deadlines in this matter, and granting such further relief as the Court finds just and appropriate.

CHI1 1812360v.1

-2-

DATED: November 21, 2014

| **Templeton Rye Spirits, LLC** | **Christopher McNair** |
|---|---|
| By: /s/ David F. Standa | By: /s/Ari Scharg |
| One of Its Attorneys | One of His Attorneys |
| Thomas J. Cunningham (6215928) | Jay Edelson |
| *tcunningham@lockelord.com* | *jedelson@edelson.com* |
| Simon Fleischmann (6274929) | Ari Scharg |
| *sfleischmann@lockelord.com* | *ascharg@edelson.com* |
| David F. Standa (6300942) | EDELSON PC |
| *dstanda@lockelord.com* | 350 North LaSalle Street, Suite 1300 |
| Locke Lord LLP | Chicago, Illinois 60654 |
| 111 South Wacker Drive | Tel: 312.589.6370 |
| Chicago, Illinois 60606 | |
| Phone: 312-443-0700 | |

-2-

CHI1 1812360v.1

-3-

## Certificate of Service

      I, David F. Standa, an attorney, certify that I caused the foregoing Motion to Stay to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on November 21, 2014.

                                                /s/David F. Standa